BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GARCIA-ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAVIER GARCIA-ARMENTA,<br><br>　　　　　Defendant. | No. CR-09-00871 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND SETTING BEFORE MAGISTRATE JUDGE**<br><br>Hearing Date: January 20, 2010<br>Requested Date: February 17, 2010 at 10:00 a.m. before the Hon. Laurel Beeler |

　　　　The above-captioned matter is set on January 20, 2010 before the Court for a status hearing. The parties jointly request that the Court continue the matter to February 17, 2010 at 10:00 a.m. for a change of plea hearing before the Honorable Laurel Beeler, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between January 20, 2010 and February 17, 2010.

　　　　On August 27, 2009, the Grand Jury indicted Mr. Garcia-Armenta with possession with the intent to distribute methamphetamine under 21 U.S.C. § 841(a)(1). He faces a maximum sentence of 20-years imprisonment, although government counsel informed the defense that a higher sentence may apply depending upon the total drug amount involved, including a mandatory minimum sentence. Mr. Garcia-Armenta made his initial appearance on September 25, 2009.

Stip to Continue, 09-00871 CW　　　　　　　　　　　　1

| | |
|---|---|
| 1 | The current status of the case is that the defense requires additional time to investigate |
| 2 | this case, which allegedly involved three undercover buys with a confidential informant.  For |
| 3 | example, the defense has requested additional discovery from the government, specifically, video |
| 4 | and audio recordings of the three alleged controlled buys.  The parties are currently negotiating |
| 5 | how that discovery will be produced.  Additionally, the parties are awaiting test results on drug |
| 6 | evidence collected in this case from the Drug Enforcement Agency's (DEA) lab.  The defense |
| 7 | believes that all of the DEA drug lab reports are necessary so that the defense can complete an |
| 8 | analysis of Mr. Garcia-Armenta's sentencing exposure. |
| 9 | The parties agree that the requested continuance will allow the defense to complete its |
| 10 | investigation of the underlying facts of the case, to review necessary records and for the parties to |
| 11 | complete plea negotiations.  The parties anticipate that there will be a change of plea by the next |
| 12 | appearance.  Because Judge Wilken is unavailable in February, the parties ask that the matter be |
| 13 | calendared before the Honorable Laurel Beeler for a change of plea hearing on February 17, |
| 14 | 2010. |
| 15 | The parties further agree that the failure to grant a continuance would unreasonably deny |
| 16 | counsel for defendant the reasonable time necessary for effective preparation, taking into account |
| 17 | the exercise of due diligence.  For this reason, the parties stipulate and agree that the time from |
| 18 | January 20, 2010 to February 17, 2010 should be excluded in accordance with the provisions of |
| 19 | the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for adequate preparation of |
| 20 | counsel. |
| 21 | |
| 22 | January 15, 2010                                /s/ |
| 23 |                                                               ANGELA M. HANSEN<br>                                                               Assistant Federal Public Defender |
| 24 | |
| 25 | January 15, 2010                                /s/<br>                                                               WADE RHYNE<br>                                                               Assistant United States Attorney |
| 26 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a |

Stip to Continue, 09-00871 CW                                        2

1  "conformed" signature (/S/) within this e-filed document.

2

3  **ORDER**

4       Based on the reasons provided in the stipulation of the parties above, the Court hereby

5 finds that the ends of justice served by the continuance requested herein outweigh the best

6 interest of the public and the defendant in a speedy trial because the failure to grant the

7 continuance would deny counsel for the defendant the reasonable time necessary for effective

8 preparation, taking into account the exercise of due diligence. The Court makes this finding

9 because additional investigation and the production and review of certain records are necessary to

10 the defense preparation of the case.

11       Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

12 January 20, 2010 is continued to February 17, 2010 at 10:00 a.m. before the Honorable Laurel

13 Beeler for a change of plea hearing, and it is further ordered that time is excluded from January

14 20, 2010 to February 17, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

15       IT IS SO ORDERED.

16

17   January 19, 2010                                /s/ Laurel Beeler
    Date                                                      LAUREL BEELER
18                                                          United States Magistrate Judge

19

20

21

22

23

24

25

26

Stip to Continue, 09-00871 CW                       3