IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00871 CW |
|       Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
|   v. | |
| JAVIER GARCIA-ARMENTA, | |
|       Defendant. | |
| _____/ | |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Javier Garcia-Armenta's plea of guilty is accepted by the Court as to Count One of the Indictment charging Defendant Javier Garcia-Armenta with possession with intent to distribute methamphetamine in violation of 21 U.S.C. Section 841(a)(1)(C). Sentencing is set for June 2, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 3/22/2010

_____
CLAUDIA WILKEN
United States District Judge

cc:  LB; Probation; Wings

United States District Court
For the Northern District of California